FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

2:06cv581-ID-SRW
RECEIVED
2006 JUN 28 A 9:28

Name: Walter Moten

Prison Number: 179730

Place of Confinement: Easterling Corr. Fac. 200 Wallace Dr., Cl.O, AL, 36017

United States District Court **Middle** District of **Alabama**

Case No. _____
(To be supplied by Clerk of U. S. District Court)

**Walter Moten**, PETITIONER
(Full name) (Include name under which you were convicted)

**Warden (Gwendolyn Mosley)**, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF **Alabama**

**Troy King**, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

. (1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8-1/2 x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper, otherwise we cannot accept them.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, *the original and two copies* must be mailed to the Clerk of the United States District Court for the Northern District of Alabama, 104 Federal Courthouse, 1800 Fifth Avenue, North, Birmingham, Alabama 35203.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _Talladega County Circuit Court_

2. Date of judgment of conviction _4-11-01_

3. Length of sentence _Life_

4. Nature of offense involved (all counts) _Robbery I_

5. What was your plea? (Check one)
   (a) Not guilty ( )
   (b) Guilty (X)
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial: (Check one)
   (a) Jury ( )
   (b) Judge only (X)

7. Did you testify at the trial?
   Yes ( )    No (X)

-2-

8. Did you appeal from the judgment of conviction?
   Yes ( )   No ( )

9. If you did appeal, answer the following:
   (a) Name of court _____
   (b) Result _____
   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ( )   No ( )

11. If your answer to 10 was "yes," give the following information:
    (a)(1) Name of court  Talladega Co. Circuit Court
       (2) Nature of proceeding  Rule 32 petition
       (3) Grounds raised  The trial Court was without jurisdiction

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           Yes (✓)   No ( )
       (5) Result  Overruled
       (6) Date of result  7-16-02
    (b) As to any second petition, application or motion give the same information:
       (1) Name of court  Talladega Co. Circuit Court
       (2) Nature of proceeding  Rule 32 petition
       (3) Grounds raised _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           Yes (✓)   No ( )
       (5) Result  Overruled
       (6) Date of result  4-23-03
    (c) As to any third petition, application or motion, give the same information:
       (1) Name of court  Talladega Co. Circuit Court
       (2) Nature of proceeding  Rule 32 petition
       (3) Grounds raised  Trial Court was without jurisdiction to amend the petitioner Charge for theft of property III to Robbery I. when the petitioner theft of Property III Charge was still pending in the District Court.

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           Yes ( )   No (✓)

-3-

(4) Result _____
(5) Date of result _____
(d) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
  (1) First petition, etc      Yes ( )   No (✓)
  (2) Second petition, etc     Yes ( )   No (✓)
  (3) Third petition, etc      Yes (✓)   No ( )
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: __denied with no opinion.__
_____
_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
Caution: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.
For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.
Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.
  (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
  (b) Conviction obtained by use of coerced confession.
  (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
  (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
  (e) Conviction obtained by a violation of the privilege against self-incrimination.
  (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
  (g) Conviction obtained by a violation of the protection against double jeopardy.
  (h) Conviction obtained by action of a grand jury or petit jury which was unconstitutionally selected and impaneled.
  (i) Denial of effective assistance of counsel.
  (j) Denial of right of appeal.

A. Ground one: Trial Court was without Jurisdiction

Supporting FACTS (tell your story briefly without citing cases or law): The Trial Court Could not amend the petitioner Charge to a New Charge greater than the original Charge, when the Original was still pending in the Municipal Court at the time of his sentencing and Conviction for the Amend Charge of Robbery I.

B. Ground two: _____

Supporting FACTS (tell your story briefly without citing cases or law): _____

C. Ground three: _____

Supporting FACTS (tell your story briefly without citing cases or law): _____

D. Ground four: _____

Supporting FACTS (tell your story briefly without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ( )   No ( )

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _____ N/A

(b) At arraignment and plea _____

(c) At trial _____

(d) At sentencing  Ken Rogers _____

(e) On appeal _____

(f) In any post-conviction proceeding  pro/se _____

(g) On appeal from any adverse ruling in a post-conviction proceeding  pro/se

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ( )   No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ( )   No (✓)
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    (b) And give date and length of sentence to be served in the future: _____
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ( )   No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on  6-22-06
(Date)

_Walter Moten_
Signature of Petitioner

-6-