# In the United States District Court
# For the Northern District of Alabama

RECEIVED

2006 JUN 28 A 9:2

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, _Walter Moten_ declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? Yes ( )    No ( ✓ )

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   _____ N/A _____

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   _____ N/A _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment? Yes ( )    No ( ✓ )
   b. Rent payments, interest or dividends? Yes ( )    No ( )
   c. Pensions, annuities or life insurance payments? Yes ( )    No ( )
   d. Gifts or inheritances? Yes ( )    No ( )
   e. Any other sources? Yes ( )    No ( )

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

   _____ N/A _____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes ( )    No ( ✓ )    (Include any funds in prison accounts.)

   If the answer is "Yes," state the total value of the items owned.

   _____ N/A _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( )     No (✓)

   If the answer is "yes," describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   I get Charity donation form friends

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 8-20-06
                                                                                    (date)

                                    _Walter Moten_
                                    Signature of Petitioner
                                    179730

                              CERTIFICATE

   I hereby certify that the petitioner herein has the sum of $ .28 on account to his credit at the _Faokrling_ institution where he is confined on this _21 June 2006_
                                                              (date)

   I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.)
   1. $_____   on the 1st day of _____
   2. $_____   on the 1st day of _____
   3. $_____   on the 1st day of _____
   4. $_____   on the 1st day of _____
   5. $_____   on the 1st day of _____
   6. $_____   on the 1st day of _____

   _See Attached_

                                    _Yolanda Slovan ASI_
                                    Authorized Officer of Institution

                                    -2-

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 179730      NAME: MOTEN, WALTER                    AS OF: 06/21/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| JUN   | 9         | $0.02             | $0.00            |
| JUL   | 31        | $0.02             | $0.00            |
| AUG   | 31        | $0.67             | $20.00           |
| SEP   | 30        | $0.45             | $15.00           |
| OCT   | 31        | $1.81             | $50.00           |
| NOV   | 30        | $0.45             | $20.00           |
| DEC   | 31        | $4.28             | $70.00           |
| JAN   | 31        | $0.26             | $0.00            |
| FEB   | 28        | $0.26             | $0.00            |
| MAR   | 31        | $19.80            | $210.00          |
| APR   | 30        | $0.93             | $0.00            |
| MAY   | 31        | $0.02             | $0.00            |
| JUN   | 21        | $5.25             | $60.00           |