IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER MOTEN, #179730, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv581-ID |
| | ) (WO) |
| GWENDOLYN MOSLEY, WARDEN, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on July 7, 2006, said Recommendation be and the same is hereby ADOPTED, and it is the

ORDER, JUDGMENT and DECREE of the court that this case be and the same is hereby TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 26th day of July, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE