| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Albert Colems* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 7/27/06 |
| 1. Northern District of Alabama<br>Hon. Perry Mathis<br>Clerk, U. S. District Court<br>140 U. S. Courthouse<br>1729 5th Avenue North<br>Birmingham, Al. 35203<br><br>06cv581 transfer | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3461 3516 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540